IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION


UNITED STATES OF AMERICA                                    PLAINTIFF


v.                          No.5:22-MJ-5025-001


DANIEL PHAM LE                                              DEFENDANT

## O R D E R

At the initial appearance conducted on a criminal complaint, Defendant agreed to

waive the issues of probable cause and detention pending the final disposition of the case;

accordingly, the Court considers the matters waived.   Defendant is detained, subject to

reconsideration on motion of the Defendant.

SO ORDERED this 10th day of August, 2022.


/s/ Christy Comstock
_____
HON. CHRISTY D. COMSTOCK
UNITED STATES MAGISTRATE JUDGE